IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**STEPHANIE LYNN JONES,**
as Personal Representative of the Estate
of Roderick Jones, Deceased,
and as mother and natural guardian
of Kevin Jones, Essence Jones, Eboni Jones,
Mykal Jones, Xavier Jones, Erique Jones
and Rodrique Jones,

        **PLAINTIFF,**

                No. 1:10-CV-00938 JEC/KBM

vs.

**CITY OF ALBUQUERQUE,**
and **BRANDON CARR,** Individually and in
His Official Capacity,

        **DEFENDANTS.**

**<u>UNOPPOSED MOTION TO APPROVE MINOR SETTLEMENT</u>**

COMES NOW Stephanie Lynn Jones, as the Personal Representative of the Estate of Rodrick Jones, and on behalf of her minor children Kevin Jones, Essence Jones, Eboni Jones, Mykal Jones, Xavier Jones, Erique Jones and Rodrique Jones, (hereinafter collectively referred to as "Plaintiffs"), through her attorneys Joe Fine, Esq., and Bradford Goodwin, Esq., and move this honorable Court to approve the settlement of this dispute between Plaintiffs, Defendants City of Albuquerque and Brandon Carr (hereinafter Defendants),on behalf of the minor children with respect to their claims and damages. This motion is not opposed.

AS GROUNDS THEREFOR, Movants states that:

1. Movants, as counsel for the Plaintiffs, hereby move this Court for a hearing to approve the settlement that has been reached in this case with respect to the claims of the minor beneficiaries.

2. Stephanie Jones, Personal Representative of the Estate of Rodrick Jones, and on behalf of Kevin, Essence, Eboni, Mykal, Xavier, Erique and Rodrique Jones, has reached a full and final settlement of any and all claims which Plaintiffs have or may have against Defendants, and in so doing, has properly and adequately represented and protected the interests of her minor children.

3. Rachel E. Higgins, Esq., was appointed as Guardian ad Litem of the minor children, and submitted a comprehensive report to the Court concerning the proposed settlement.

4. The Court held a hearing on June 27th, 2011 wherein the Guardian ad Litem presented a report concerning the fairness and reasonableness of the settlement reached, and recommended the Court approve the settlement and the manner in which the minor children's funds were suggested to be protected.

5. Counsel for Plaintiffs and Defendants were all present at hearing, as was Stephanie Jones, Personal Representative.

6. At hearing, after having inquired as to all parties concerning the fairness and reasonableness of the settlement reached, the Court indicated that the settlement would in fact be approved upon proper motion by the parties.

7. A dismissal with prejudice of Defendants City of Albuquerque and Brandon Carr will be submitted to the Court.

8. All parties consent to this Motion.

For these reasons, Movants ask that the Court approve Plaintiffs' settlement with Defendants City of Albuquerque and Brandon Carr on behalf of the minor children.

        Respectfully submitted,
        /s/ Joseph M. Fine
        Joseph M. Fine, Esq.
        Brad Goodwin, Esq.
        220 9th Street, NW
        Albuquerque, NM 87102
        Counsel for Plaintiffs

Approved:
/s/ Rachel E. Higgins
Rachel E. Higgins, Esq.
Guardian ad Litem
509 Roma NW
Albuquerque, NM 87102


/s/ Kathryn C. Levy
Kathryn C. Levy, Esq.
PO Box 2248
Albuquerque, NM 87103-2248
Counsel for Defendants